```
Priority    ✓
Send        ✓
Enter       ✓
Closed      ___
JS-5/JS-6   ___
JS-2/JS-3   ___
Scan Only   ___
```

FILED
CLERK U S DISTRICT COURT
NOV - 3 2004
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

ENTERED
NOV - 3 2004
CLERK, U S DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(D)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,         ) Case No  EDCV 04-1367 -VAP
                                  )          EDCR 02-63(A) VAP
    Plaintiff-Respondent,         )
                                  ) ORDER REQUIRING RETURN TO § 2255
    v                             ) MOTION
                                  )
EDWIN ROSS,                       )
                                  )
    Defendant-Petitioner          )
                                  )
_____)

   Based upon Petitioner's Motion to Vacate, Set Aside or Correct
Sentence filed herein and good cause appearing

   IT IS HEREBY ORDERED that the United States Attorney file a
Return to the motion on/or before November 24, 2004, accompanied by
all records, and that respondent serve a copy of the Return upon
petitioner prior to the filing thereof

   NO EXTENSIONS OF TIME WILL BE GRANTED EXCEPT FOR GOOD CAUSE
SHOWN UNDER EXTRAORDINARY CIRCUMSTANCES

   IT IS FURTHER ORDERED that if the petitioner desires to file a
traverse to the Return, he shall do so twenty-one days from the
Return filing date, setting forth separately  (a) his admission or
denial of any new factual allegations of the Return, and (b) any

DOCKETED ON CM
NOV - 3 2004

045

1  additional legal arguments

2      IT IS FURTHER ORDERED that if any pleading or other paper
3  submitted to be filed and considered by the Court does <u>not</u> include
4  a certificate of service upon respondent, or counsel for
5  respondent, it will be stricken from this case and disregarded by
6  the Court

8  Dated   <u>November 3, 2004</u>

                                            VIRGINIA A  PHILLIPS
9                                            United States District Judge