1 | DEBRA W. YANG
United States Attorney
2 | STEVEN D. CLYMER
Special Assistant United States Attorney
3 | Chief, Criminal Division
NANCY KARDON (CA Bar # 156545)
4 | CRAIG H. MISSAKIAN (CA Bar # 125202)
Assistant United States Attorneys
5 | Terrorism & Organized Crime Section
  1500 United States Courthouse
6 |  312 North Spring Street
  Los Angeles, California 90012
7 |  Telephone: (213) 894-0546/0757

8 | Attorney for Plaintiff
United States of America
9

10 | UNITED STATES DISTRICT COURT

11 | FOR THE CENTRAL DISTRICT OF CALIFORNIA

12 | UNITED STATES OF AMERICA    ) No. EDCV 04-1367-VAP
                                ) No. CR 02-063(A)-VAP
13 |       Plaintiff-Respondent, )
                                ) [PROPOSED] ORDER GRANTING
14 |             v              ) GOVERNMENT'S EX PARTE
                                ) APPLICATION FOR ORDERING
15 | SEDRICK DECOUD, et al.,    ) EXTENDING TIME TO FILE RETURN
                                ) TO PETITION
16 |       Defendants-Petitioner )
                                )
17                              )
                                )
18                              )
                                )
19                              )

20

21 | The Court having considered the ex parte application of

22 | Respondent United States of America for an order extending its

23 | time to file an opposition to Petitioner Edwin Ross's motion

24 | under 28 U.S.C § 2255 (the "Application"), and good cause

25 | //

26 | //

27 | //

28 | //

FILED
CLERK U S DISTRICT COURT
NOV 23 2004
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

Priority
Send ✓
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

LODGED
NOV 22 2004

DOCKETED ON CM
NOV 29 2004
BY _____ 045

appearing therefor, the Court hereby orders as follows

The Application is granted. Government's Return to petitioner's motion under § 2255 shall be filed on or before December 22, 2004

IT IS SO ORDERED.

DATED: Nov 23 2004

HON. VIRGINIA A. PHILLIPS

Presented by:

DEBRA W. YANG
United States Attorney

CRAIG H. MISSAKIAN
Assistant United States Attorney

Attorneys for Plaintiff
United States of America

2

CERTIFICATE OF SERVICE BY MAIL
====

I, Teresa Guzman, declare

That I am a citizen of the United States and resident or employed in Los Angeles County, California, that my business address is Office of United States Attorney, United States Courthouse, 312 North Spring Street, Los Angeles, California 90012, that I am over the age of eighteen years, and am not a party to the above-entitled action,

That I am employed by the United States Attorney for the Central District of California who is a member of the Bar of the United States District Court for the Central District of California, at whose direction the service by mail described in this Certificate was made, that on November 22, 2004 I deposited in the United States mails in the United States Courthouse at 312 North Spring Street, Los Angeles, California, in the above-entitled action, in an envelope bearing the requisite postage, a copy of **[Proposed] Order Granting Government's Ex Parte Application Ordering Extending Time to File Return to Petition**

Addressed  Edwin Herbert Ross, PRO SE
          Reg # 23204-112
          Victorville Federal Correctional Institution
          P O Box 5500
          Adelanto, CA 92301

This Certificate is executed on November 22, 2004 at Los Angeles, California I certify under penalty of perjury that the foregoing is true and correct

Teresa Guzman