**SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No   EDCV 04-1367 -VAP
          EDCR 02-63(A) VAP

Date  February 4, 2005

Title   UNITED STATES OF AMERICA -v- EDWIN ROSS
=================================================================
PRESENT   HONORABLE VIRGINIA A  PHILLIPS, U S  DISTRICT JUDGE

Rachel Ingram                          None Present
Courtroom Deputy                       Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS       ATTORNEYS PRESENT FOR DEFENDANTS

None                                   None

PROCEEDINGS    MINUTE ORDER (IN CHAMBERS)

The Court has received and reviewed defendant's Ex Parte Motion for Formal Request for Extension of Time and Ex Parte Motion Pursuant to 28 U S C  § 1361 filed on January 21, 2005

The Court DENIES defendant's Ex Parte Motions

DOCKETED ON CM
FEB - 7 2005
BY _____ 045

MINUTES FORM 90                        Initials of Deputy Clerk RI
CIVIL -- GEN