**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.  EDCV 04-1367 -VAP
EDCR 02-63(A) VAP                                  Date: January 11, 2006

Title:    UNITED STATES OF AMERICA -v- EDWIN ROSS
==================================================================
PRESENT:       HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

        Rachel Ingram                              None Present
        Courtroom Deputy                           Court Reporter

ATTORNEYS PRESENT FOR                    ATTORNEYS PRESENT FOR
PLAINTIFF:                               DEFENDANT:

        None                                       None

PROCEEDINGS:   MINUTE ORDER DIRECTING SUPPLEMENTAL BRIEFING
               (IN CHAMBERS)

    Petitioner filed a 28 U.S.C. § 2255 Petition ("Pet.") on October 28, 2004. Respondent filed an Opposition to Petitioner's Motion Pursuant to 28 U.S.C. § 2255 on December 22, 2004. Petitioner filed a Motion in Traverse to Government's Reply Brief on May 19, 2005.

    One of the grounds Petitioner bases his Petition on is a claim of ineffective assistance of counsel, specifically, that his lawyer failed to file a notice of appeal after being requested to do so. [Pet. at 6.] Respondent failed to address this issue in its Opposition.

    When a lawyer fails to file a notice of appeal when requested to do so by his

MINUTES FORM 11                                Initials of Deputy Clerk
CIVIL -- GEN                    Page 1           DOCKETED ON CM



JAN 13 2006

EDCV 04-1367-VAP
EDCR 02-63(A) VAP
UNITED STATES OF AMERICA v EDWIN ROSS
MINUTE ORDER of January 11, 2006

client, "a defendant is entitled to resentencing and to an appeal without showing that his appeal would likely have had merit." Peguero v. United States, 526 U.S. 23, 28 (1999) (citing Rodriquez v. United States, 395 U.S. 327, 329-330 (1969)).

Finding deficient evidence in the record to make an adequate determination of this issue, the Court directs the parties to file supplemental briefing. The supplemental briefs shall only address Petitioner's ineffective assistance claim, including whether Petitioner requested his attorney of record to file a notice of appeal and whether the attorney of record failed to comply with such a request.

Respondent shall file and properly serve a Supplemental Brief by February 28, 2006. Petitioner shall file and properly serve a Response to Respondent's Supplemental Brief by March 31, 2006.

**IT IS SO ORDERED.**