PRIORITY SEND

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

Case No.  EDCV 04-1367-VAP
EDCR 02-63(A) VAP

Date: January 30, 2006

Title: UNITED STATES OF AMERICA -v- EDWIN ROSS

===============================================================

PRESENT:   HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

Rachel Ingram
Courtroom Deputy

None Present
Court Reporter

ATTORNEYS PRESENT FOR
PLAINTIFFS:

ATTORNEYS PRESENT FOR
DEFENDANTS:

None

None

PROCEEDINGS:   MINUTE ORDER DENYING PETITIONER'S MOTION TO SHOW CAUSE RE DEVIATION FROM 28 U.S.C. § 2255 (IN CHAMBERS)

The Court received Petitioner's Motion to Show Cause re Deviation From 28 U.S.C. § 2255 on January 25, 2006. Finding no good cause for the relief requested, Petitioner's Motion is DENIED.



DOCKETED ON CM
FEB - 6 2006
BY _____ 075



MINUTES FORM 11
CIVIL -- GEN

Page 1

Initials of Deputy Clerk ___